**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6297**

———————

GARY B. WILLIAMS,

               Petitioner – Appellant,

     v.

RICHMOND CIRCUIT COURT,

               Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:12-cv-00055-HEH)

———————

Submitted: June 13, 2013         Decided: June 17, 2013

———————

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary B. Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams appeals the district court's order remanding his state prosecution to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Richmond Circuit Court, No. 3:12-cv-00055-HEH (E.D. Va. Apr. 30, 2013). We also deny Williams' motion to vacate this court's previous order granting Williams leave to proceed on appeal without the prepayment of fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED